SIMEON E. BERNHEIMER et al., Respondents, *v.* ALBERT J. ADAMS, Appellant.

*Bernheimer* v. *Adams,* 70 App. Div. 114, affirmed.
(Argued May 4, 1903; decided May 19, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 15, 1902, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court.

*Benjamin F. Feiner* and *William H. Newman* for appellant.

*Benjamin G. Paskusz* and *Gibson Putzel* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and VANN, JJ. Absent: HAIGHT, J.